# COMPLAINT/REMOVAL DISMISSAL
## United States District Court
## Southern District of New York

Mag. Judge Dkt. No. __14-MJ-1579__   Date __11/20/2014__

USAO No. __2014R00746__

The Government respectfully requests the Court to dismiss without prejudice the __✓__ Complaint  ____ Removal Proceedings in

United States v. __Patrick Kilwayne__

The Complaint/~~Rule 40 Affidavit~~ was filed on __July 21, 2014__

__✓__ U.S. Marshals please withdraw warrant.

_____
ASSISTANT UNITED STATES ATTORNEY

__Negar TeKee__
(Print name)

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

__11-21-14__
DATE

Distribution: White→Court    Yellow→U.S. Marshals    Green→Pretrial Services    Pink→AUSA Copy